**5**

**In the Matter of Oscar L. GUBELMAN et al., Copartners, etc., Bankrupts; August Lunn & Company, Appellant.**

(Circuit Court of Appeals, Second Circuit. November 9, 1925.)

No. 90.

Appeal from the District Court of the United States for the Southern District of New York.

Morris & Samuel Meyers, of New York City (Morse S. Hirsch, of New York City, of counsel), for appellant.

Rosenberg & Ball, of New York City (George G. Ernst and Ralph F. Colin, both of New York City, of counsel), for appellee.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed in open court.